## In the Matter of Allan G. LOOSEMORE, Jr.

### No. 82S00–0105–DI–250.

Court of Appeals of Indiana.

July 26, 2001.

### ORDER OF SUSPENSION PENDING PROSECUTION

Comes now the Indiana Supreme Court Disciplinary Commission and, pursuant to Ind.Admission and Discipline Rule 23(11.1)(b), moves this Court for the *pendente lite* suspension of the respondent, alleging therein that the continuation in the practice of law by the respondent during the pendency of this proceeding may pose a substantial threat of harm to the public, clients, potential clients, or the administration of justice and that the conduct would subject the respondent to sanctions. The respondent has consented to such *pendente lite* suspension.

This Court, being duly advised, now finds that the Commission's motion should be granted.

IT IS, THEREFORE, ORDERED that the respondent, Allan G. Loosemore, Jr., be suspended from the practice of law,

effective immediately, until disposition of any related disciplinary proceeding or further order of this Court.

All Justices concur.